```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 19578
   JOHN A KORTE
   CHERYL MARZUKI-KORTE                           CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3457    SSN XXX-XX-4015

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/19/04 and confirmed on 08/19/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  20100.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF MONTGOMERY | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| ALEXIA DESIGNS | UNSECURED | NOT FILED | .00 | .00 |
| BARRY SEROTA ESQ | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 17728.47 | .00 | 3901.71 |
| BECKET & LEE LLP | UNSECURED | 3274.33 | .00 | 720.62 |
| AMY LEEBY HILTON BRIDAL | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 551.90 | .00 | 121.46 |
| CERTIFIED SERVICES INC | UNSECURED | 159.16 | .00 | 35.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9126.81 | .00 | 2008.64 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15549.68 | .00 | 3422.20 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| CROWN DISPOSAL CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2290.21 | .00 | 504.03 |
| ECAST SETTLEMENT CORP | UNSECURED | 1488.61 | .00 | 327.62 |
| IMPERIAL COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| IT SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| KENNICOTT BROTHERS | UNSECURED | 2869.17 | .00 | 631.45 |
| LILLIAN ROSE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| A&M FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 16980.81 | .00 | 3737.17 |
| ALLEN TITLEBAUM | UNSECURED | NOT FILED | .00 | .00 |
| PRAXAIR | UNSECURED | NOT FILED | .00 | .00 |
| PAUL GREVISKES | UNSECURED | 1015.21 | .00 | 223.43 |
| MEYER & NJUS PA | UNSECURED | NOT FILED | .00 | .00 |

```
BONDED COLLECTION CORP    UNSECURED       NOT FILED              .00           .00
SBC BANKRUPTCY DESK       UNSECURED          347.63              .00         76.51
SBC YELLOW PAGES          UNSECURED         9154.61              .00       2014.76
SYMPHONY BRIDAL           UNSECURED       NOT FILED              .00           .00
BAY AREA CREDIT SRV       UNSECURED       NOT FILED              .00           .00
HARRIS & HARRIS LTD       UNSECURED       NOT FILED              .00           .00
WELLS FARGO HOME MORT     MORTGAGE ARRE     574.82               .00        574.82
```

Summary of disbursements:

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 574.82 | .00 | 80536.60 | .00 | 81111.42 |
| PRINCIPAL PAID | 574.82 | .00 | 17724.63 | .00 | 18299.45 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 574.82 | .00 | 17724.63 | .00 | 18299.45 |

The Debtor's attorney, BRADLEY COVEY                      , was allowed $   2200.00
and was paid $   1306.00   direct and $    894.00   through the plan.

The Trustee received $    906.55 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 04/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 04 B 19578 JOHN A KORTE & CHERYL MARZUKI-KORTE